UNITED STATES BANKRUPTCY COURT

__Northern__ DISTRICT OF __Illinois__

In re __Everett, Christine,__
Debtor

Case No. __05-49933__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __209__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __50.00__      Check one ☐ With the filing of the petition, or
   $ __80.00__      on or before ☒ On or before __Oct 27__
   $ __79.00__      on or before __Nov 10__
   $ _____      on or before _____

*FILED OCT 12 2005 KENNETH S. GARDNER, CLERK*

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____    x __Christine Everett__  __10-12-05__
Signature of Attorney            Date         Signature of Debtor         Date
                                              (In a joint case, both spouses must sign.)

Name of Attorney

_____    _____
Signature of Joint Debtor (if any)    Date

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION** (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer            Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____            _____
Signature of Bankruptcy Petition Preparer            Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

UNITED STATES BANKRUPTCY COURT

Northern _____ DISTRICT OF Illinois _____

In re  Everett, Christine ,
           Debtor

Case No. _____

Chapter _____

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

KENNETH S. GARTNER
*United States Bankruptcy Judge*

Date: _____